```
1   Dennis F. Moss - State Bar No. 77512
    Gregory N. Karasik - State Bar No. 115834
2   Spiro Moss LLP
    11377 W. Olympic Boulevard, 5th Floor
3   Los Angeles, California 90064-1683
    Tel.: (310) 235-2468; Fax: (310) 235-2456
4   dennisfmoss@yahoo.com
    greg@spiromoss.com
5
    Alexander I. Dychter - State Bar No. 234526
6   Dychter Law Offices, APC
    625 Broadway, Suite 600
7   Tel: (619) 487-0777; Fax: (619) 330-1827
    alex@dychterlaw.com
8
    Attorneys for Plaintiffs
9   ROBERT GATDULA and
    DEAN RAMIREZ
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GATDULA and DEAN RAMIREZ, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br>CRST INTERNATIONAL, INC.; CRST, INC.; CRST VAN EXPEDITED, INC. and DOES 1 through 10,<br><br>　　　　　　　　　Defendants. | Case No. 10-CV-0058-WBS-CMK<br><br>**STIPULATION FOR STAY AND TOLLING OF FLSA STATUTE OF LIMITATIONS PENDING RULINGS IN POTENTIALLY RELATED CASES, AND DISMISSAL OF DEFENDANTS CRST INTERNATIONAL, INC. AND CRST, INC. WITHOUT PREJUDICE and [~~proposed~~] ORDER THEREON** |

　　　Plaintiffs Robert Gatdula and Dean Ramirez ("Plaintiffs"), and defendants CRST International, Inc. and CRST Van Expedited, Inc. ("Defendants"), by and through their respective counsel, hereby enter into the following stipulation and mutually request the Court to enter an order thereon.

**STIPULATION**

　　　1.　　Plaintiffs commenced this action on January 8, 2010. In their complaint, Plaintiffs assert claims for failure to pay minimum wages in violation of the FLSA. Plaintiffs seek to pursue those claims as a collective action on behalf of similarly situated employees pursuant to 29 U.S.C. § 216(b).

---
STIPULATION AND ORDER

Plaintiffs also assert various claims for violation of California law which Plaintiffs seek to maintain as a class action under Rule 23 of the Federal Rules of Civil Procedure.

2. On January 28, 2010, Defendants waived service of summons pursuant to the request of Plaintiffs which was made on January 14, 2010, such that Defendants' answer to the complaint is presently due on March 15, 2010.

3. Subsequent to the filing of this action, Plaintiffs learned of other lawsuits which Defendants contend are related to this action. These potentially related cases include *Morrison et al. v. CRST Van Expedited Inc.,* Case No. CV 09-5638, and *Cole v. CRST Van Expedited, Inc.*, Case No. EDCV 08-1570, both of which are pending in the United States District Court, Central District of California, and have been assigned to Judge Virginia Phillips. In *Morrison* and *Cole*, the plaintiffs assert various claims for violation of California law which the plaintiffs seek to maintain as a class action under Rule 23 of the Federal Rules of Civil Procedure. Some but not all of the state law claims asserted by Plaintiffs are similar to state law claims asserted in *Morrison* and/or *Cole*.

4. The following motions are presently scheduled for hearing on April 19, 2010 before Judge Phillips: (a) the plaintiff's motion for class certification in *Cole*; and (b) the defendants' motion for partial summary judgment in *Cole*. The plaintiff's motion for class certification in *Morrison* has been argued and is currently under advisement pending the ruling on the plaintiff's motion for class certification in *Cole*. Based on the outcome of those motions, Plaintiffs will decide to what extent they wish to pursue their state law claims in this case. Plaintiffs anticipate that either certain claims will be dismissed, which may result in this action not being related to either *Morrison* or *Cole*, or that Plaintiffs will agree that this case should be deemed related to *Morrison* and/or *Cole* and transferred to Judge Phillips.

5. While the statute of limitations on Plaintiffs' state law claims was tolled by law for other members of the putative class upon the filing of the complaint, the statute of limitations on Plaintiffs' claims under the FLSA was not tolled by operation of law. Under the FLSA, the statute of limitations continues to run until a plaintiff files a consent to participate in the action.

6. To conserve the resources of the parties and the Court, the parties have agreed that this action should be stayed, and the statute of limitations for Plaintiffs' claims under the FLSA should be

1  tolled, pending a ruling by Judge Phillips on the motions pending in the *Morrison* and *Cole* cases.

2      7.    Based on the representations of Defendants that CRST International, Inc. and CRST, Inc. are not appropriate defendants in this case, along with documents supporting those assertions, Plaintiffs have agreed to dismiss the claims against those defendants without prejudice.

    8.    The parties mutually request the Court to approve this stipulation and enter an order staying this action pending the earlier of (a) rulings by Judge Phillips on the motions in the *Morrison* and *Cole* cases, tolling the statute of limitations on Plaintiffs' FLSA claims pending rulings by Judge Phillips on the motions in the *Morrison* and *Cole* cases, or (b) 30-days advance written notice to terminate given by either party, and dismissing without prejudice Plaintiffs' claims against defendants CRST International, Inc. and CRST, Inc.

DATED: March 10, 2010        SPIRO MOSS LLP
                                          DYCHTER LAW OFFICES, APC

                            By:    /s/ Alexander I. Dychter
                                    Alexander I. Dychter

                                    Attorneys for Plaintiffs
                                    ROBERT GATDULA
                                    and DEAN RAMIREZ

Dated: March 10, 2010        SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PC

                            By     /s/ James H. Hanson
                                    James H. Hanson
                                    Attorneys for Defendants
                                    CRST INTERNATIONAL, INC., CRST, INC.
                                    and CRST VAN EXPEDITED, INC.

## **ORDER**

The foregoing stipulation is hereby approved by the Court and it is hereby ordered that:

    1.    This action shall be stayed, and the statute of limitations on Plaintiffs' claims under the

FLSA shall be tolled, pending rulings by Judge Phillips on the motions presently scheduled for hearing on April 19, 2010 in the *Morrison* and *Cole* cases, which stay and tolling may be terminated by either party upon 30-days advance written notice to the other.

    2.    Plaintiffs' claims against defendants CRST International, Inc. and CRST, Inc. are dismissed without prejudice.

    3.    The Clerk is directed to administratively close this file until the stay is lifted.

Dated:  March 12, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE