**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GATDULA and DEAN RAMIREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CRST INTERNATIONAL, INC., CRST, INC., and CRST VAN EXPEDITED, INC., and DOES 1 through 10,<br><br>    Defendants. | CASE NO. 2:11-cv-01285-VAP-(OPx)<br><br>(~~PROPOSED~~) **ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

    This matter is before the Court on the Joint Stipulation for Entry of Judgment As To Certain Claims Pursuant To Fed. R. Civ. P. 54(b) (the "Joint Stipulation") filed by the parties, which seeks the entry of the Court's August 26, 2015 settlement approval order (ECF No. 209) as final judgment, pursuant to Fed. R. Civ. P. 54(b) and the Joint Stipulation of Settlement and Release of Class Action (ECF Nos. 178, 178-1, and 178-2), for all claims asserted in the original Complaint filed on January 8, 2010, the First Amended Complaint filed on June 29, 2011, the Second Amended Complaint filed on September 27, 2011 and the Third Amended Complaint filed on October 24, 2011

(collectively, the "Complaints"), except for Plaintiffs' claim arising out of Defendants' alleged failure to pay minimum wages in violation of the Federal Fair Labor Standards Act (the "FLSA") and Plaintiffs' claim that Defendants' per diem program results in an unlawful deduction of wages in violation of California law as now asserted in Plaintiffs' Fourth Amended Complaint (ECF No. 210).

The Court finds there is no just reason for delay and that the parties' Joint Stipulation should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

Final judgment is hereby entered pursuant to the Joint Stipulation of Settlement and Release of Class Action in favor of Defendants and against Plaintiffs on the all claims asserted in the Complaints pursuant to Fed. R. Civ. P. 54(b), except for Plaintiffs' claim arising out of Defendants' alleged failure to pay minimum wages in violation of the FLSA and Plaintiffs' claim that Defendants' per diem program results in an unlawful deduction of wages in violation of California law as now asserted in Plaintiffs' Fourth Amended Complaint filed on September 24, 2015 (ECF No. 210).

The Clerk of this Court is directed to enter the Court's August 26, 2015 settlement approval order (ECF No. 209) as a final judgment in this matter on the claims asserted in the Complaints, except for the claims remaining in the Fourth Amended Complaint.

Dated: November 24, 2015



Virginia A. Phillips