FILED
CLERK, U.S. DISTRICT COURT

DEC 19, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GATDULA and DEAN RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST INTERNATIONAL, INC., CRST, INC., and CRST VAN EXPEDITED, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. 2:11-cv-01285-VAP-OPx<br><br>**[PROPOSED] FINAL JUDGMENT ON REMAINING CLAIMS** |

This matter is before the Court on the Joint Stipulation for Entry of Final Judgment on Remaining Claims (the "Joint Stipulation") filed by the parties. The Court hereby approves the parties' Joint Stipulation and, based thereon, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. With respect to the class action claims asserted against Defendant on behalf of the certified Per Diem Class and the certified Restitution Class (collectively the "Class"), which were resolved in favor of Defendant as set forth in the Court's order on March 3, 2017 granting Defendant's motion for summary judgment, judgment is entered in favor of Defendant and against the Per Diem Class and the Restitution Class. Counsel for the Class shall promptly give notice of this Final Judgment on the Per Diem Claims to all members of the Class.

2. With respect to the individual claims of Plaintiffs under the Fair Labor

Standards Act, which were dismissed with prejudice pursuant to the parties' settlement agreement, judgment is entered in favor of Defendant and against Plaintiffs in accordance with the terms of their settlement agreement and the Court's order approving that settlement on December 7, 2017.

The Clerk of this Court is directed to enter this Judgment pursuant to Fed. R. Civ. P. 54(b).

Date: December 19, 2017

_____
Hon. Virginia A. Phillips
Chief United States District Judge